UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | Claim No: 2011A32529 |
| vs. | | |
| Shelly Dettore aka Shelly A. Gross aka Shelly A. Fulner aka Shelly Ann Schultz | | |

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of Oakland County, Michigan within the jurisdiction of this Court and may be served with service of process at 4833 Surfwood Dr., Commerce Township, Michigan 48382.

### The Debt

3. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $3,037.81 |
| B. Current Capitalized Interest Balance and Accrued Interest | $2,539.74 |
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Credits previously applied *(Debtor payments, credits, and offsets)* | $0.00 |

|  |  |
|---|---|
| E. Attorneys fees | $0.00 |
| **Total Owed** | **$5,577.55** |

The Certificate of Indebtedness, attached as Exhibit A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.000% per annum.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

By: s/Charles J. Holzman (P35625)
Holzman Corkery, PLLC
Attorneys for Plaintiff
Tamara Pearson (P56265)
28366 Franklin Road
Southfield, Michigan 48034
(248) 352-4340
usa@holzmanlaw.com

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

Shelly A. Dettore
AKA: Shelly A. Fulner and Shelly Fulner
4833 Surfwood Dr.
Commerce Twp., MI 48382
Account No.:

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 01/18/11.

On or about 11/21/89, the borrower executed promissory note(s) to secure loan(s) of $2,625.00 from Manufacturer's Bank, Detroit, MI. This loan was disbursed for $1,312.00 on 01/10/90 and $1,313.00 on 03/01/90, at 8.00 percent interest per annum. The loan obligation was guaranteed by Michigan Higher Education Assistance Authority, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on 04/04/92 and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $3,049.11 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 01/21/96, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $2,434.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $3,037.81 |
| Interest: | $2,148.01 |
| Total debt as of 01/18/11: | $5,185.82 |

Interest accrues on the principal shown here at the rate of $0.67 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 1/31/11

Loan Analyst
Litigation Support

Peter La Roche
Loan Analyst

FA-4444 (6-88)
Authority: 34 CFR 682.401c MAC 390.1413 and 390.1415. Completion Mandatory. No loan can be made unless this form is filed.

MICHIGAN DEPARTMENT OF EDUCATION
BOX 30047, LANSING, MICHIGAN 48909 NOV 30 1989

**APPLICATION AND PROMISSORY NOTE FOR A GUARANTEED STUDENT LOAN**
Under the Insurance Program of the Michigan Higher Education Assistance Authority

LOAN NUMBER

OVERRIDE

WARNING: ANY PERSON WHO KNOWINGLY MAKES A FALSE STATEMENT OR MISREPRESENTATION ON THIS FORM IS SUBJECT TO PENALTIES WHICH MAY INCLUDE FINES OR IMPRISONMENT UNDER THE UNITED STATES CRIMINAL CODE AND 20 USC 1097.

## SECTION I — TO BE COMPLETED BY THE STUDENT — READ THE INSTRUCTIONS

1. Social Security Number: [illegible]
2. Last Name: FULMER  First: SHELLY  MI: A
3. Birth Date: Mo __ Da __ Yea 2 __
4. Permanent Home Address: Street 2845 MALONE  City WIXOM  State MI  Zip Code 48096
5. Area Code — Phone Number (313) 684-4890
6. U.S. Citizenship Status: [X] (a) U.S. Citizen or National
7. Total Number of Borrower's Dependents: 0  List ages: ___
8. State of Permanent Residence: State MI Since Mo __ Yr 70
9. Intended Enrollment: [X] Full-time, [X] At least half-time
10. Major Course of Study: 110
11. While in school you intend to live: [X] With Parents
12. Prior to the school year... have you ever been enrolled in any school beyond high school level? [X] No
13. Have you ever defaulted on an educational loan? [X] No
14. School Name and Division: Spec's Howard
15. Do you have any outstanding guaranteed student loans that are NOT guaranteed by the Michigan Higher Education Assistance Authority? [X] No

Name of Lender: NONE

16. Parent or Guardian (Circle One)
Name: JERRY FULMER  Address: 2245 MALONE  City, State, Zip: WIXOM, MI 48096  Phone: ___  Employer: SUPERIOR ELEC

Relative — or Separated Parent (Circle One)
Name: GYPSY CAIN  Address: 14620 STACEY  City, State, Zip: [illegible] MI 48188  Phone: ___  Employer: Retired

Relative — Not Living With You
Name: SAONITA WILSON  Address: 46246 CHATSWORTH  City, State, Zip: Roseville 48111  Phone: ___  Employer: HOMEMAKER

17. Driver's License Number: none  State: MI
18. Requested Loan Amount: $2625
19. What period do you want this loan to cover: From Mo 12 Yr 89 To Mo 6 Yr 90
20. Lending Institution: Name: Manufacturers Bank  Address: 411 W. Lafayette

**Promissory Note for a Guaranteed Student Loan**

I. Promise To Pay ... the sum of two thousand six hundred and twenty five DOLLARS ($2625.00)

Signature: Shelly Fulmer  Date: 11/21/89

NOTICE TO STUDENT: Terms of the Promissory Note continue on the reverse side.

## SECTION II — TO BE COMPLETED BY SCHOOL

23. Name of School: Specs Howard School
24. Street No.: 16900 W. 8-mile Rd.  City: Southfield  State: MI  Zip: 48075
25. Phone: (313) 569-0101
26. School Code: 022378
27. Grade Level Undergraduate: [X] 1
28. Expected Completion Date: Mo 07 Yr 90
29. Loan Period: From 12 04 89 To 06 04 90
30. Estimated cost of education for loan period: $1539
31. Financial aid for loan period: $0100
32. Expected Family Contribution: $3560
33. Cost Minus Aid Minus EFC: $3979
34. STATE USE ONLY
35. Dependency Status: [X] Dependent
36. Type of Academic Enrollment Period: [X] Other. Explain: Semester/credit
37. First day of class of each academic enrollment period: 1st 12/01/89  2nd 03/01/90

38. Authorized School Official: Cora L. Durham  Date: 11-21-89
39. Printed Name and Title: Cora L. Durham Financial Aid Officer

## SECTION III — TO BE COMPLETED BY THE LENDING INSTITUTION

40. Name of Lending Institution: Manufacturers Bank  41. City: Detroit
42. Federal Code: 806008
43. Amount Recommended: $2625
44. Signature of Authorized Lending Official: [signature]
45. Title: SLO
46. Date: 12-7-89

COPY A — LENDER

## Additional Terms of the Promissory Note for a Guaranteed Student Loan

**I. Date Note Comes Due** I will repay this loan: 1) in periodic installments during a repayment period that will begin no later than the end of my grace period; or 2) in full immediately if I fail to enroll and attend at the school which certified my application for the academic period intended (this loan will not be eligible for a grace period). My grace period is that period of time which begins when either I leave school or stop carrying, at an eligible school approved by MHEAA, at least one-half the normal full-time academic work load required by the school. The Notice of Loan Guarantee and Disclosure Statement will identify the length of my grace period. During the grace period I may request that the grace period be shortened and the repayment period begin earlier.

**II. Interest** (1) I agree to pay an amount equivalent to simple interest (as specified in (4)) on the unpaid principal balance from the date of disbursement until the entire principal sum and accrued interest are paid in full. (2) However, the U.S. Secretary of Education ("Secretary") will pay the interest that accrues on this loan prior to repayment status and during any deferment, if it is determined that I qualify to have such payments made on my behalf under the regulations governing the Guaranteed Student Loan Program ("GSLP"). In the event that the interest on this loan is payable by the Secretary, neither the lender nor other holder of this Note may attempt to collect this interest from me. I may, however, choose to pay this interest myself. (3) Once the repayment status begins I will be responsible for payment of all interest that accrues on this loan, except that if the interest accruing in this loan prior to the repayment period was payable by the Secretary, the Secretary will pay the interest that accrues during any period described under DEFERMENT, Paragraph VIII in this Promissory Note. (4) The interest rate will be determined according to the following: (a) If I have an outstanding Guaranteed Student Loan(s) ("GSL") on the date I sign this Note, the applicable interest rate will be the same as the applicable interest rate on the outstanding GSL(s). (b) If I am borrowing for a period of enrollment which begins before July 1, 1988, and I have no outstanding GSL(s), the applicable interest rate on this loan will be 8%. (c) If I am borrowing for a period of enrollment which begins on or after July 1, 1988, and I have no outstanding GSL(s) but I do have an outstanding balance on any Parent Loans for Undergraduate Students ("PLUS"), Supplemental Loans for Students ("SLS") made for enrollment periods beginning before that date, or on any Consolidation loan(s) which repaid loans made for enrollment periods(s) beginning before that date, the applicable interest rate on this loan will be 8%. (d) If I am borrowing for a period of enrollment which begins on or after July 1, 1988, and I have no outstanding balance on any GSL, PLUS, or SLS made for enrollment period(s) beginning before that date or on any Consolidation loan(s) which repaid loans made for enrollment period(s) beginning [...] the applicable interest rate on this loan will be 8% until the end of the fourth year of my repayment status, and (b) beginning with the fifth year of my repayment [...] disclosure). (6) I may also receive rebates of interest, amended, when the applicable interest rate is 10%. (7) Unpaid interest to the unpaid principal balance (capitalization policies of the Michigan Guarantee Agency.

**IV. Origination and Guarantee Fees** I will pay you identified to me on the Notice of Loan Guarantee and Disclosure [...] to you or has not been cashed within 120 days of disbursement [...] 120 days of disbursement, I will be entitled to a refund of [...] will pay you a guarantee fee, in an amount identified on [...] which you will forward to MHEAA to pay for its guarantee amount of this loan from the disbursement date until the course completion date indicated by the School in Section [...] returned uncashed to you or has not been cashed within [...] returned to you within 120 days of disbursement, I will b[e] to this disbursement. The origination fee and the guarantee loan.

**V. Default** I will be in default and you have the principal balance plus any unpaid interest I owe [...] gives me a right to cure my default) if: 1) or specified on the Notice of Loan Guarantee and specified in Federal Guaranteed Student Loan P[rogram] change in my name, address or school enrollment applying for this loan or for a forbearance or de[ferment] you will have the right, without further notice, and/or savings account I have with you, if not other property of mine which you have a right and me. If I default, I will still be required t[o] Paragraph III from the date of default. A def[ault] under Deferment, Paragraph VIII.

**VI. Late Charges** If any payment has not received [...] may, if permitted by law, bill me a late charge at the maximum rate permitted. If a payment is [...] may be charged six cents for each dollar of each late installment.

**VII. Additional Agreements** 1) The proceeds of this loan will be used only for my education expenses at the school to be named in Section II of my Application. 2) Any notice required to be given to me will be effective when mailed by first class mail to the latest address you have for me. 3) Your failure to enforce or insist that I comply with any term of this Note is not a waiver of your rights. No provision of this Note can be waived or modified except in writing and agreed to by MHEAA. 4) If MHEAA is required under its guarantee to repay my loan(s) because I have defaulted, MHEAA will become the owner of this Note and as my creditor will have all the rights of the original lender to enforce this Note against me. 5) I understand that I must repay this Note even though I may be under 18 years of age. 6) If I am unable to make the scheduled payments for reason of hardship, I may be eligible for forbearance as provided for in the MHEAA regulations at the discretion of the lender on the repayment of my loan(s). 7) If I die or become permanently and totally disabled, the unpaid balance of this Note will be paid in full to you or any other owner of this Note by MHEAA. 8) If I default on this Note by reason of delinquency and you incur any extra costs or expenses in connection with collecting on my debt, you will add all reasonable expenses and attorney fees to my loan debt. 9) In this Note the words I, me, and my mean the borrower identified in item 2 of Section I of the Application. You, your, and yours mean the lender and any other owner of this Note.

**VIII. Deferment** Payment of principal on my loan may be deferred after the repayment period begins if I am not in default and comply with applicable State and Federal regulations. (A) I am entitled to defer payments of principal on my loan after the repayment period begins: (1) While I am enrolled, a) at a participating school in full-time study, as determined by that school, however, to obtain a deferment to attend a school not located in the United States, I must be a citizen or national of the United States; or b) in a graduate fellowship program approved by the Secretary of Education; or c) in a rehabilitation training program for disabled individuals approved by the Secretary of Education; or d) as a full-time student at an institution of higher education or vocational school which is operated by an agency of the United States Government. (2) For periods not exceeding 3 years for each of the following while I am; a) on active duty in the Armed Forces of the United States or serving as an officer in the Commissioned Corps of the United States Public Health Service; or b) serving as a Peace Corps volunteer; or c) serving as a full-time volunteer under Title I of the Domestic Volunteer Service Act of 1973 (e.g., VISTA); or d) providing service as a full-time volunteer for an organization exempt from Federal Income Tax under Section 501(c)(3) of the Internal Revenue Code of 1954, which the Secretary of Education has determined is comparable to service performed in the Peace Corps or ACTION programs; e) temporarily totally disabled as established by a sworn affidavit by a qualified physician or while I am unable to secure employment because I am providing care required by a spouse or dependent who is temporarily totally disabled, as established by a sworn affidavit by a qualified physician. I may be authorized for a deferment of principal payment for an aggregate period of time not less than three (3) nor more than 36 months. (3) For a period not exceeding 2 years while I am serving an internship that the Secretary of Education has determined is needed to gain professional recognition required to begin professional practice or service. (4) For a period not exceeding 24 months while I am conscientiously seeking but unable to find full-time employment in the United States. (5) For a period not exceeding 6 months while I am pregnant or caring for a newborn or newly adopted child, and I am not in attendance at a participating school or gainfully employed, and I was enrolled within the past 6 months at least half-time at a participating school.

If I have no Guaranteed Student Loans (GSL), Supplemental Loans for Students loan (SLS), Parent Loans for Undergraduate Students (PLUS), Auxiliary Loans to Assist Students (ALAS) or Consolidated Loans outstanding with principal or interest balance on the date I sign this Note, or if any outstanding loan principal or interest balances result solely from loans disbursed to me on or after July 1, 1987, or, if disbursed earlier were made to cover an enrollment period that began on or after July 1, 1987, you will also let me defer making principal payments on this Note if any repayment period has begun and I provide you with written notice that I qualify for the deferment; (6) while enrolled half-time during a period for which I am also receiving a Guaranteed Student Loan (GSL) or Supplemental Loans for Students (SLS). (7) For a period not exceeding 3 years while; a) on active duty as a member of the National Oceanic and Atmospheric Administration Corps; b) engaged as full-time teacher in a public or private elementary or secondary school in a teacher shortage area prescribed by the Secretary of Education. (8) For a period not exceeding 12 months while qualifying as a mother with pre-school age children and who is just entering the workforce and who is paid at a rate not exceeding $1.00 over the federal minimum wage. (9) For periods of service in an eligible internship program or serving in an internship/residency program leading to a degree or certificate awarded by an institution, a hospital, or a health care facility that offers post graduate training.

[...] in order to receive a deferment of principal payment I must furnish my lender or other holder of [...] that I will notify my lender or other holder of this Note as [...] payment was granted no longer exists. It is possible that [...] changed by Congress. If so, such changes will be contained [...] subsequent holder, make available to me.

[...] this Promissory Note in periodic installments, with interest [...] unpaid balance from the first day following the expiration of [...] 1) The whole loan is due as described in Default, Paragraph V; or Item 2 of Date Note Comes Due, Paragraph II. Before the payment Schedule which shows the particular repayment terms that payment Schedule may include all loans I have received from you [...] monthly payments for a period of not more than 10 years and not [...] payment required by program regulations will repay the loan [...] option I may request and be granted a repayment period that is the repayment period extended so that the total repayment period preceding sentence applies. Any period of authorized deferment 5-to-10 year repayment period.

[...] out penalty, prepay all or any part of the principal or accrued in[terest]

[...] will report this loan to a credit bureau. The credit bureau will be later [...] I do not repay this loan as required, either you or MHEAA will report this adverse report may significantly affect my credit rating.

---

The undersigned does hereby sell, assign, transfer and set over unto the Michigan Higher Education Assistance Authority its interest in this note.
Wachovia Student Services, Inc., as authorized agent of:

**Comerica Bank**
Lender

By: _Meady A. Satterfield_
Date: _12-16-92_

---

[...] laws of the United States of America that the following is true and correct [...] certify that the information contained in Section I of this application is true, complete and correct to the best of my knowledge and belief and is made in good faith. I hereby authorize the school to pay to the lender any refund which may be due me up to the amount of this loan. I further authorize any school that I may attend to release to the lending institution, subsequent holder, MHEAA, U.S. Department of Education, or their agents, any requested information pertinent to this loan (e.g., employment, enrollment status, current address). I certify that the proceeds of any loan made as a result of this application will be used for educational expenses for the loan period covered by this application at the school named in Section II. I understand that I must immediately repay any funds that I receive which cannot reasonably be attributed to meeting my educational expenses related to attendance at that school for the loan period stated in the Notice of Loan Guarantee and Disclosure Statement. I certify that the total amount of loans received under the Guaranteed Student Loan Program, Title IV, Part B (P.L. 89-329) as amended, will not exceed the allowable maximums. I further certify that I do not now owe a repayment on a Pell Grant, Supplemental Grant, or State Student Incentive Grant and am not now in default on a National Direct Student Loan, or a Guaranteed Student Loan, or a Federally Insured Student Loan or a PLUS loan or ALAS loan or SLS loan. I further authorize my lending institution to issue a check covering the proceeds of my loan, in full, or in part, made payable to me, or at the lender's option, jointly payable to me and the school. I understand that the loan check will be sent to the school named in Section II. I have read and understand the "Statement of Borrower's Rights and Responsibilities" supplied with this application.

I understand that I will receive a Notice of Loan Guarantee and Disclosure Statement that identifies my loan amount (as determined by the lender and program regulations) the fee amounts, due dates and grace period. I understand and agree that if the information on the Notice of Loan Guarantee and Disclosure Statement conflicts with the information on the Application and Promissory Note, the information on the Notice of Loan Guarantee and Disclosure Statement applies.

I further understand and agree that if there is a question regarding the validity of the social security number that I have provided in item #1 of this application for a Guaranteed Student Loan, I authorize the lender or the subsequent holder of this promissory note, or the guarantor of this loan to request and to receive from the Social Security Administration information concerning my social security number including the name under which the number was issued and any other pertinent information to validate the correctness of the social security number.

---

**NOTICE TO STUDENT: BY YOUR SIGNATURE ON THE OTHER SIDE OF THIS APPLICATION AND PROMISSORY NOTE YOU ARE AGREEING TO THE ABOVE TERMS AND CERTIFICATION.**